No. 69140.—Costa International Corp. *v.* United States, protest 62/17726 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of woven-wire cloth, suitable in the manufacture of Fourdrinier wires, similar in all material respects to that the subject of *Costa International Corp.* v. *United States* (49 Cust. Ct. 120, C.D. 2369), the claim of the plaintiff was sustained.

No. 69141.—Freedman & Slater, Inc. *v.* United States, protest 64/14647 (New York).

Opinion by LAWRENCE, J. The official papers disclosing that the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930 (19 U.S.C. § 1514).

No. 69142.—Robert Bosch Corp. *v.* United States, protests 60/17452, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of spark plugs similar in all material respects to those the subject of *Lodge Spark Plug Co.* v. *United States* (49 Cust. Ct. 158, C.D. 2379), the claim of the plaintiff was sustained.